No. 01–1405. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1409. AVALOS-BARRIGA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1414. SUED JIMENEZ ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–1422. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–7693. LEWIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7776. WRINKLES v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 01–7858. HATTEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–8405. STRAUGHN v. KIMMY ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8408. BORDNER v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 01–8412. ARMSTRONG v. LEBOWITZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–8415. MCBROOM v. COLUMBIA GAS OF OHIO, INC. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 01–8421. LEWIS v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–8426. MACKINTRUSH v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 01–8427. LIPPETT v. TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8428. LAINFIESTA v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.